NUMBER 13-04-475-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

ENRIQUEZ ENTERPRISES, INC., D/B/A VALLEY 
BUILDERS CONSTRUCTION COMPANY AND VALLEY
DRYWALL & INSULATION,                                                Appellant,

v.

SANTA MARIA INDEPENDENT SCHOOL DISTRICT,                Appellee.
____________________________________________________________________

On appeal from the 138th District Court
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, ENRIQUEZ ENTERPRISES, INC., D/B/A VALLEY BUILDERS
CONSTRUCTION COMPANY AND VALLEY DRYWALL & INSULATION, perfected an
appeal from a judgment entered by the 309th District Court of Cameron County,
Texas, in cause number 2003-10-5013-B. After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. Appellant requests that this Court
dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 21st day of October, 2004.